CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 3 2011

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE
## UNITED STATES DISTRICT COURT
### FOR THE
### WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

IN THE MATTER OF THE SEARCH OF:          :          Criminal No. 7:10-M-413

Yahoo! email account           :

                                                     :          **S E A L E D**

                                                     :

## O R D E R

It is hereby **ORDERED** that the sealing of the search warrant, affidavit and all related documents in the above-captioned matter be extended for a period of 30 days or pending further order of the court.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
                    DISTRICT